UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEREMY RAY SANDERS,

        Defendant.
_____/    **INDICTMENT**

The Grand Jury charges:

**(Armed Bank Robbery)**

On or about August 24, 2021, in Calhoun County, in the Southern Division of the Western District of Michigan,

JEREMY RAY SANDERS

by intimidation took from the persons or in the presence of PNC bank employees approximately $7,560 belonging to and in the care, custody, control, management, and possession of PNC Bank, located at 2521 Capitol Ave. SW in Battle Creek, Michigan, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense assaulted or put in jeopardy the life of another person by the use of a dangerous weapon or device.

**18 U.S.C. § 2113(a)**
**18 U.S.C. § 2113(d)**

        A TRUE BILL

        _____
        GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
LAUREN F. BIKSACKY
Assistant United States Attorney