UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                              Case No. 1:21-CR-188

v.                                                         Hon. Paul L. Maloney

JEREMY RAY SANDERS,

    Defendant.
_____/

**ORDER OF DETENTION**

    Defendant appeared this date for a bond hearing. For the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community and by a preponderance of the evidence that no condition or combination of conditions will assure Defendant's appearance at trial.

    Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

    DONE AND ORDERED on October 22, 2021.

                                                                /s/ Sally J. Berens
                                                                SALLY J. BERENS
                                                                 United States Magistrate Judge